UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY ADAMS, | ) |
| Plaintiff | ) |
| | ) NO. 3:09-1181 |
| v. | ) Judge Nixon/Brown |
| TRINITY MARINE PRODUCTS, INC., | ) |
| Defendants | ) |

<u>O R D E R</u>

A telephone conference was held in this matter on July 27, 2010. The parties advised that they were on schedule and anticipated taking the Plaintiff's deposition in August and various defense depositions in September. They had exchanged a good bit of written discovery and were encountering no problems at the present time. They advised that they thought settlement discussions would be more productive after they had completed the Plaintiff's deposition.

The parties are advised that if they believe a judicial settlement conference would be of any benefit, they should contact the Magistrate Judge's office to see about scheduling such a conference. At the present time no changes are needed to the scheduling order and the case remains set for trial in April, as previously scheduled.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge